ACCEPTED
03-14-00516-CR
4178674
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/17/2015 2:45:07 PM
JEFFREY D. KYLE
CLERK

THIRD COURT OF APPEALS CAUSE NUMBER 03-14-00516-CR
TRIAL COURT CAUSE NO. D-14-0081-SA

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE |
| | § | |
| vs. | § | 391ˢᵗ JUDICIAL DISTRICT |
| | § | |
| MARK ANTHONY SERRANO | § | TOM GREEN COUNTY, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/17/2015 2:45:07 PM
JEFFREY D. KYLE
Clerk

## MOTION FOR EXTENSION

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Mark Anthony Serrano, Appellant, and files this Motion for Extension for submission of the appellant's brief for the following reasons:

1. Appellant has written several letters to my office in the last month requesting that specific issues be addressed in his appeal. I am currently corresponding with Appellant and have written him to inform him which issues will be addressed in his appeal. I request this extension so that I may receive a reply from my client regarding my correspondence, before I submit a brief on appellant's behalf.

2. Appellant's appeal brief was originally due on November 30ᵗʰ, 2014 and this is the third request for extension by Appellant.

3. Appellant's counsel requests an extension of time to prepare the appellant's brief for this appeal until March 5ᵗʰ, 2015.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the Court enter its order extending the deadline for submission of appellant's brief in this appeal.

Respectfully submitted,

RANDOL L STOUT

By:_____

Randol L. Stout
State Bar No. 24083914
Attorney for Mark A. Serrano

### Certificate of Service

I certify that the foregoing has been delivered to the Tom Green County, Texas District Attorney's office by personal delivery on February 17, 2015.

_____

RANDOL L. STOUT
Attorney for Defendant